Decided March 19, 1996

## BARBARA MARTIN ET AL. *v.* TOWN OF PLAINVILLE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 179 (AC 13797), is granted, limited to the following issue:

"Was the Appellate Court correct in deciding that the notice sent in this case to the defendant municipality pursuant to General Statutes § 31a-149 was defective?"

The Supreme Court docket number is SC 15393.

*Steven J. Errante*, in support of the petition.

*David J. Mathis*, in opposition.

Decided March 19, 1996